UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOINE BAZILE,<br><br>                              Plaintiff,<br><br>                   v.<br><br>JOE SANDERS,<br><br>                              Defendant(s). | 24-CV-7901 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

In this action, Plaintiff Antoine Bazile, proceeding *pro se*, seeks relief for intimidation and bullying. An order issued January 6, 2025, referred this case to Magistrate Judge Robyn F. Tarnofsky for general pretrial management and dispositive motions. *See* ECF No. 8. On January 7, 2025, the referral was reassigned to Magistrate Judge Sarah Netburn. *See* Notice of Reassignment, Jan. 7, 2025. On January 10, 2025, Judge Netburn issued an Order to Show Cause why this case should not be dismissed for lack of subject matter jurisdiction. *See* ECF No. 9. Plaintiff was ordered to respond to the Order to Show Cause or file an amended complaint no later than February 10, 2025. *See id*. Plaintiff then failed to respond or file an amended complaint. On February 18, 2025, Judge Netburn issued a Report and Recommendation (the "Report"), recommending that this case be dismissed for lack of subject matter jurisdiction. *See* ECF No. 10. The docket reflects that service was effectuated on February 19, 2025. *See* Minute Entry, Feb. 19, 2025.

Plaintiff had until March 10, 2025, at the latest, to file any objections to the Report. *See* Fed. R. Civ. P. 72(b) (giving parties fourteen days to file written objections); Fed. R. Civ. P. 6(d) (granting three additional days when service is completed via mail).[1] No objections were filed.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023). The Court has reviewed the Report and has found no error, clear or otherwise.

It is hereby **ORDERED** that the Report is **ADOPTED IN FULL.** As set forth in the Report, the Complaint does not state a federal cause of action, even liberally construed, and does not establish diversity of the parties. The Court lacks subject matter jurisdiction. Accordingly, this case is **DISMISSED.**

The Clerk of Court is respectfully directed to close this case and to mail a copy of this order to the *pro se* Plaintiff.

Dated: October 2, 2025
       New York, New York

                                                        _____
                                                        DALE E. HO
                                                        United States District Judge

---

[1] Seventeen days from February 19, 2025 fell on a weekend (March 8, 2025); the next business day was Monday, March 10, 2025.